UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUN 16 2016

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.   M-16-0876- (2), (4), (6), (7), |
| | § | (12), (13), (16) |
| ISMAEL LECHUGA | § | |
| also known as "Taco" | § | |
| also known as "Yeyo" | § | |
| also known as "Junior 100" | § | |
| PABLO ROLANDO GARCIA-SILVA | § | |
| also known as "Taco" | § | |
| also known as "Yeyo" | § | |
| ELISEO RICO-RODRIGUEZ | § | |
| MARCO BENAVIDES-IRLEAGA | § | |
| also known as "Alexander Bennette" | § | |
| also known as "Ricardo Vara" | § | |
| DANIEL RIVERA-PEREZ | § | |
| also known as "Tocayo" | § | |
| also known as "Ricardo Vara" | § | |
| LUIS BARRERA-GARZA | § | |
| also known as "Hoy Nomas" | § | |
| ERICA PATRICIA OCHOA | § | |

**MOTION TO UNSEAL INDICTMENT AGAINST DEFENDANTS
ISMAEL LECHUGA, also known as "Taco", also known as "Yeyo", also known as "Junior
100" PABLO ROLANDO GARCIA-SILVA, also known as "Taco", also known as "Yeyo",
ELISEO RICO-RODRIGUEZ, MARCO BENAVIDES-IRLEAGA, also known as
"Alexander Bennette", also known as "Ricardo Vara", DANIEL RIVERA-PEREZ, also
known as "Tocayo, also known as "Ricardo Vara", LUIS BARRERA-GARZA, also known
as "Hoy Nomas", AND ERICA PATRICIA OCHOA**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government,"

by and through its Attorney and Assistant United States Attorney assigned to this matter and

would respectfully show the Court the following:

I.

The Government moves that the Sealed Indictment against ISMAEL LECHUGA, also known as

"Taco", also known as "Yeyo", also known as "Junior 100" PABLO ROLANDO GARCIA-SILVA, also known as "Taco", also known as "Yeyo", ELISEO RICO-RODRIGUEZ, MARCO BENAVIDES-IRLEAGA, also known as "Alexander Bennette", also known as "Ricardo Vara", DANIEL RIVERA-PEREZ, also known as "Tocayo, also known as "Ricardo Vara", LUIS BARRERA-GARZA, also known as "Hoy Nomas", AND ERICA PATRICIA OCHOA, be Unsealed as they are in custody.

Respectfully submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY


/s/ Patricia Cook Profit
PATRICIA COOK PROFIT
Assistant United States Attorney