UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUN 3 0 2017

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Criminal No. M-16-0876-S3-02 |
| § | |
| ISMAEL LECHUGA § | |
| also known as "Junior 1" § | |
| also known as "Junior 5" § | |
| also known as "Junior 100" § | |

## NOTICE OF PLEA AGREEMENT

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its United States Attorney for the Southern District of Texas and its Assistant United States Attorney assigned to this matter, and would respectfully show the Court that the Government and the Defendant have entered into the following plea agreement:

1. Defendant agrees to plead guilty to Count One and Six of the Third Superseding Indictment.

2. Defendant stipulates and agrees that the property listed in the Third Superseding Indictment's Notice of Forfeiture is subject to forfeiture, and Defendant agrees to the forfeiture of that property. Defendant agrees to waive any and all interest in any asset which is the subject of a related administrative or judicial forfeiture proceeding, whether criminal or civil, federal or state.

3. The Government will recommend:

    a. that the offense level decrease by 2 levels pursuant to U.S.S.G. § 3E1.1(a) if the defendant clearly demonstrates acceptance of responsibility; and

    b. that the remaining counts of the Third Superseding Indictment be dismissed at the time of sentencing.

If the Defendant is not a citizen of the United States of America, a plea of guilty may result in removal from the United States, denial of citizenship and denial of admission to the United States in the future.

This document states the complete and only Plea Agreement between the United States of

America and the Defendant, and is binding only on the parties to this Agreement, and it supersedes all prior understandings, if any, whether written or oral, and cannot be modified other than in writing and signed by all parties or on the record in Court. No other promises or inducements have been or will be made to the Defendant in connection with this case, nor have any promises or threats been made in connection with this plea.

**ACKNOWLEDGMENTS:**

I have read this agreement and carefully reviewed every part of it with my attorney. If I have difficulty understanding the English language, I have had a person fluent in the Spanish language interpret this agreement to me.

Date: 6-30-2017    Defendant: Ismael Ledhugca

I am the Defendant's counsel. I have carefully reviewed every part of this agreement with the Defendant. I certify that this agreement has been translated to my client by a person fluent in the Spanish language if my client is unable to read or has difficulty understanding the English language.

Date: June 30, 2017                     _____
                                        Counsel for Defense

For the United States of America:

    Abe Martinez
    Acting United States Attorney

    _____
    PATRICIA COOK PROFIT
    Assistant United States Attorney

APPROVED BY:

_____
James Sturgis
Assistant United States Attorney in Charge