```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
                         MC ALLEN DIVISION


UNITED STATES OF AMERICA,    )   CASE NO:  7:16-CR-00876-2
                             )
          Plaintiff,         )        CRIMINAL
                             )
    vs.                      )      McAllen, Texas
                             )
ISMAEL LECHUGA,              )   Tuesday, April 16, 2019
                             )
          Defendant.         )   (9:48 a.m. to 9:53 a.m.)
```

## SENTENCING

### BEFORE THE HONORABLE RANDY CRANE,
### UNITED STATES DISTRICT JUDGE

**APPEARANCES:**

| | |
|---|---|
| For Plaintiff: | PATRICIA PROFIT, ESQ.<br>Assistant United States Attorney<br>1701 W. Business Hwy. 83<br>Suite 600<br>McAllen, TX 78501 |
| For Defendant: | CRISPIN C.J. QUINTANILLA, III, ESQ.<br>5526 N. 10th<br>McAllen, TX 78504 |
| Court Interpreter: | Elena Medrano |
| Court Recorder [ECRO]: | Rick Rodriguez |
| Transcribed By: | Exceptional Reporting Services, Inc.<br>P.O. Box 18668<br>Corpus Christi, Texas 78480-8668<br>361 949-2988 |

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

1 **McAllen, Texas; Tuesday, April 16, 2019; 9:48 a.m.**

2 **(Call to order)**

3 **THE COURT:** Let's see, next is 16-CR-876-2, *United*

4 *States of America versus Ismael Lechuga*.

5 **MS. PROFIT:** The Government is present, your Honor.

6 **MR. QUINTANILLA:** Good morning, your Honor.

7 **THE COURT:** So it appears nobody's really ready on

8 this case. Probation office isn't ready because they haven't

9 gotten information that they were expecting from law

10 enforcement on this most recent issue that's come up so they

11 haven't had an opportunity to consider revising the Presentence

12 Report; you have some discovery that you want to keep doing;

13 and now the Government's not ready either. I'm not really

14 sure --

15 **MS. PROFIT:** The Government is -- well, certainly

16 we'd like an opportunity to respond to the motions that have

17 been filed with respect to the variance. And the Government

18 also has an issue with respect to whether this Defendant is

19 eligible for acceptance of responsibility --

20 **THE COURT:** Right.

21 **MS. PROFIT:** -- and is looking into that, has done

22 some research into that pursuant to the plea agreement and the

23 sentencing guidelines. So the Government would like to brief

24 that for the Court --

25 **THE COURT:** So you --

1  **MS. PROFIT:** -- or at least brief it for any further
2  appellate issues.
3  **THE COURT:** So you asked for two weeks to a month.
4  **MR. QUINTANILLA:** We did, your Honor.
5  **THE COURT:** Is that sufficient time for --
6  **MS. PROFIT:** That should be sufficient for the
7  Government, yes.
8  **THE COURT:** All right. And I'm assuming that's going
9  to be sufficient for everyone else as well. So let me just
10 look ahead here. All right, so we'll set it maybe the first
11 full week of May or maybe the second week. We have a trial on
12 that --
13 **MS. PROFIT:** I have a trial starting on April 29th,
14 your Honor.
15 **THE COURT:** This would be -- oh, this would be --
16 **MS. PROFIT:** In Judge Alvarez's court.
17 **THE COURT:** -- well after that. Okay, this would be
18 well after that. That's only two weeks from now. So I'm going
19 to set it more like four weeks from now. The week after that
20 is jury selection. I've already been told --
21 **MR. QUINTANILLA:** I'm free at the --
22 **THE COURT:** -- that there's a --
23 **MR. QUINTANILLA:** -- Court's convenience, your Honor.
24 **THE COURT:** All right, so we'll do it the week of the
25 13th. I just need to figure out a day that week that's

```
 1  convenient, and we'll reset it for some time that week.
 2           MR. QUINTANILLA:  Will we also be set on that date
 3  for the -- I know on Friday, your Honor, said putting an agent
 4  on the stand just to for the record or (indiscernible)
 5           THE COURT:  Yeah, I'm not sure exactly how that will
 6  proceed.  Depends on how much information is in the -- that the
 7  Presentence Report, if it's revised, includes.  But I think you
 8  wanted the opportunity, because this may affect his guideline
 9  range and acceptance and maybe obstruction, there is some other
10  issues that this certainly raises, that you would want the
11  opportunity to examine somebody on it.  Your position is that
12  this -- that the threat was sincere, not a hoax.  The
13  Government's position, I believe, is that it was all a hoax.
14  And so I think you wanted to be able to make a record on that
15  and so --
16           MR. QUINTANILLA:  For the purposes of the recusal,
17  right?
18           THE COURT:  Right, and but also --
19           MR. QUINTANILLA:  And run it at the same time.
20           THE COURT:  Yeah, yeah, it affects a lot of things,
21  the recusal issue, although I think the law is really against
22  you on that, but that's also --
23           MR. QUINTANILLA:  (Indiscernible) we talked about
24  (indiscernible)
25           THE COURT:  Right, right.  And but then I think you
```

need to have an opportunity if you would like it to make a record on the things like -- if this does affect acceptance or obstruction, you would want to make a record on that. I think your client's position is that maybe he had nothing to do with this other -- what these other two actors were doing. The Government may believe differently. And I say "the Government," I mean certain law enforcement. And so intend to have somebody here who can speak on that. And so we'll just take up all that at that time. And so I don't want to rule on the recusal yet. I think I've raised kind of the issues that I think are -- need to be considered. But when weighing those, I think the law is fairly strong against your position given the facts of this particular case. This isn't even a threat case. Your client has never made a threat against the Court. And so but I'll -- so we'll just wrap up all those loose ends at one hearing then, second week of May.

**MR. QUINTANILLA:** May I have a real quick second (indiscernible)

**THE COURT:** Sure, you may.

**(Pause)**

**MR. QUINTANILLA:** Thank you, your Honor.

**THE COURT:** It's probably going to be Wednesday, May 15. Every other day has gone at least a dozen sentencings already. So probably Wednesday, May 15th, is when we'll do it.

All right, so we still have one more defendant to

6

1 sentence today.  The flight was delayed, she'll be here in an
2 hour or so, so we'll -- I'll recess until then.
3 **MS. PROFIT:**  Thank you.
4 **THE COURT:**  All right, thank you all very much, you
5 all are excused at this time, we'll be in recess for about an
6 hour.
7 **MARSHAL:**  All rise.
8 **(This proceeding was adjourned at 9:53 a.m.)**

## CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____           July 11, 2019
          Signed                                Dated


                    *TONI HUDSON, TRANSCRIBER*